Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Tucker N. Terhufen (SBN 311038)
terhufen@fr.com
Markus D. Weyde (SBN 285956)
weyde@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Tel: (858) 678-5070 / Fax:  (858) 678-5099

*[Additional counsel listed on signature page]*

Attorneys for Plaintiff
ROHDE & SCHWARZ GMBH & CO. KG

Michael A. Oblon (*Pro Hac Vice*)
MOblon@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: 202.879.3815

Andrea Weiss Jeffries (SBN 183408)
ajeffries@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Tel: (213) 489-3939 / Fax: (213) 243-2539

Attorneys for Defendant
TEKTRONIX, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROHDE & SCHWARZ GMBH & CO. KG,<br><br>    Plaintiff,<br><br>  v.<br><br>TEKTRONIX, INC.,<br><br>    Defendant. | Case No. 2:18-cv-02402-SJO-FFM<br><br>**JOINT STIPULATION AND REQUEST FOR CONTINUANCE**<br><br>District Judge: S. James Otero<br>Magistrate Judge:  Frederick F. Mumm |

Plaintiff Rohde & Schwarz GmbH & Co. KG's ("Plaintiff" or "R&S") and Defendant Tektronix, Inc. ("Defendant" or "Tektronix") through their respective counsel, hereby stipulate and request as follows:

1. The parties jointly request to continue the stay of this Action and all deadlines, Orders or rulings on contested motions, and litigation activity, and continue the Order to Show Cause Hearing Re Dismissal, presently scheduled for November 12, 2019, until January 6, 2019, so that the parties have adequate time to complete a final agreement and stipulate to dismissal with prejudice.

2. If the parties do not file a stipulated dismissal with prejudice before December 20, 2019, the parties will file a joint status report.

3. Good cause exists for this request, because it is necessary for the parties and their counsel to focus on negotiations without distractions of motions practice, expert discovery, and potentially additional fact discovery, and the parties intend to file a stipulated dismissal with prejudice before December 20, 2019.

Dated:  November 7, 2019

FISH & RICHARDSON P.C.


By: */s/ Christopher S. Marchese*
_____

Christopher S. Marchese
(SBN 170239), marchese@fr.com
FISH & RICHARDSON P.C.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Telephone:  (213) 533-4240
Facsimile:   (877) 417-2378

Tucker N. Terhufen (SBN 311038)
terhufen@fr.com
Markus D. Weyde (SBN 285956)
weyde@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Kevin K. Su (*Pro Hac Vice*),
su@fr.com
Elizabeth G.H. Ranks (*Pro Hac Vice*)
ranks@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Joseph V. Colaianni (*Pro Hac Vice*)
colaianni@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue S.W.
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Attorneys for Plaintiff ROHDE &
SCHWARZ GMBH & CO. KG

1

Dated:  November 7, 2019                           JONES DAY

2

3                                                  By: */s/ Michael A. Oblon*

4                                                  Michael A. Oblon (*Pro Hac Vice*)
5                                                  MOblon@jonesday.com
                                                   51 Louisiana Avenue, N.W.
6                                                  Washington, DC 20001
                                                   Phone: 202.879.3815
7

8                                                  Andrea Weiss Jeffries (SBN 183408)
                                                   ajeffries@jonesday.com
9                                                  JONES DAY
                                                   555 South Flower Street, 50th Floor
10                                                 Los Angeles, CA 90071
                                                   Tel: (213) 489-3939 / Fax: (213) 243-
11                                                 2539

12

13                                                 Attorneys for Defendant TEKTRONIX,
14                                                 INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND REQUEST FOR CONTINUANCE
Case No. 2:18-cv-02402-SJO-FFM

**ECF ATTESTATION**

I, Christopher S. Marchese, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation to Extend Certain Discovery Deadlines.  In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel for Defendants, and Fish & Richardson P.C. shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Christopher S. Marchese*
Christopher S. Marchese

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 7, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Christopher S. Marchese*
Christopher S. Marchese